**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jorge ROJAS–VELASQUEZ, aka Jorge Rojas aka Jorge Alvarado Velasquez, Defendant—Appellant.**

**No. 02–10269.**

**D.C. No. CR–00–05426–REC.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted April 4, 2003.

Decided April 22, 2003.

Before B. FLETCHER, KOZINSKI and TROTT, Circuit Judges.

**MEMORANDUM**\*

We lack jurisdiction to review the denial of the motion to dismiss because Rojas–Velasquez entered an unconditional guilty plea. *See United States v. Floyd*, 108 F.3d 202, 203–04 (9th Cir.1997). We lack jurisdiction to review the refusal to depart downward because the record does not show that the district court mistakenly believed it had no authority to depart. *See United States v. Berger*, 103 F.3d 67, 69–70 (9th Cir.1996).

**DISMISSED.**

of this circuit except as provided by Ninth Circuit Rule 36–3.

\* This disposition is not appropriate for publication and may not be cited to or by the courts

of this circuit except as provided by Ninth Circuit Rule 36–3.